UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALEJANDRO RIVERA,<br><br>         Plaintiff,<br>  v.<br><br>BODY ARMOR OUTLET, LLC, a New Hampshire domestic LLC d/b/a BAO TACTICAL; ACE WELDING CO., INC., a New Hampshire Domestic Profit Corporation; DOES I though X, and ROE BUSINESS CORPORATIONS I through X, inclusive,<br><br>         Defendants. | Case No. 2:17-cv-02261-MMD-NJK<br><br>ORDER |

Plaintiff Alejandro Rivera's claims arise from injuries allegedly sustained from an incident where he tested the safety of equipment purchased online from Defendant Body Armor Outlets, LLC ("Body Armor") that were manufactured by Ace Welding Co. ("Ace Welding"). (ECF No. 1-1 at 6-7.) Ace moves to dismiss based on lack of personal jurisdiction, arguing that Ace is a New Hampshire based company that does not have the required contacts with Nevada for purposes of general or specific jurisdiction. (ECF No. 17.) Body Armor similarly moves for dismissal or, in the alternative, to transfer venue to the District of New Hampshire. (ECF No. 18.) Plaintiff opposes both motions (ECF No. 25, 26). However, Plaintiff has moved to transfer venue to the District of New Hampshire, based on the disclosure of a potential third party who operates out of Massachusetts. (ECF No. 33 at 5-8.) Body Armor joins Plaintiff's motion to transfer. (ECF No. 34.) The Court agrees with Plaintiff and Body Armor that the proper venue is the District of New Hampshire.

It is therefore ordered that Body Amor's alternative motion to transfer venue (ECF No. 18) and Plaintiff's motion to transfer venue (ECF No. 33) are granted. This action will be transferred to the District of New Hampshire.

The Clerk is directed to effectuate the transfer of venue and close this case.

DATED THIS 20th day of October 2017.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE